## Mina K. Bishop, Appellant, v. Leonard Cushing, Appellee.

**Gen. No. 10,234.**

opinion filed April 20, 1948; released for publication May 10, 1948. Floyd L. Benson and Arthur E. Colwell, for appellant; Harold R. Langer and Hibbs & Pool, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.

## Theodore Trecker, Appellant, v. Catherine Trecker, Executor of Estate of William C. Trecker, Deceased, Appellee.

**Gen. No. 10,226.**

opinion filed April 20, 1948; released for publication May 10, 1948. Tuesburg & Armstrong, for appellant; Stevens R. Baker, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.

## Chas. F. Plain, Trustee, Appellee, v. W. J. Golden, Appellant.

### Gen. No. 10,229.

opinion filed April 20, 1948; released for publication May 10, 1948. Irwin Bloom, for appellant; Carleton A. Shults, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.

## Evelyn Stone, Appellee, v. O. E. Van Alyea, Appellant.

### Gen. No. 44,284.